## TERRY *v.* BROADHURST.

LUMPKIN, J.   1. Where it appeared that the subscribing witness to a written instrument was attending school in another State at the time of the trial, his absence was sufficiently accounted for, and the execution of the instrument could be proved otherwise than by his testimony. Civil Code, § 5245; *Harris v. Cannon,* 6 *Ga.* 382, 389.

2. The evidence supported the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided December 20, 1906.

Complaint on note. Before Judge Crisp. City court of Americus. November 4, 1905.

*Blalock & Cobb,* for plaintiff in error.